IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  1:06-cr-060 |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| ELIZA B. OSTERMAN, | ) | |
| ANTHONY J. UMPHLETT, and | ) | |
| KYLE D. KACHELHOFFER, | ) | |
| | ) | |
| Defendants. | ) | |

_____

WHEREAS, on January 4, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461(c);

AND WHEREAS, on January 26, 2007; February 2, 2007; and February 9, 2007, the United States published in the Bismarck Tribune, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, there were no filed verified petitions in this action claiming an ownership interest in the property listed;

AND WHEREAS, it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  That the right, title, and interest to all of the hereinafter described property of the defendant is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.  That the following property belonging to ELIZA B. OSTERMAN, ANTHONY J. UMPHLETT, and KYLE D. KACHELHOFFER, who are the subject of this Order, is hereby forfeited to the United States of America:

> Hewlett Packard "All-in-One" printer/scanner/copier, Model PSC 1315V, Serial Number Q5763A.

3.  That any and all forfeited property is to be held by the United States Secret Service and should be disposed of by said agency according to law.

The Clerk is hereby directed to send certified copies of this Order to all counsel of record and to the United States Secret Service, Attn: Sandy Bredemus, 300 South Fourth Street, Suite 750, Minneapolis, MN 55415-1320.

SO ORDERED this 19th day of March, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court